## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ART VAN FURNITURE, LLC, et al.,<br><br>                Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS) |
| ALFRED T. GIULIANO, AS CHAPTER 7 TRUSTEE,<br><br>                Plaintiff,<br><br>v.<br><br>FRANKLIN CORP., et al.,<br><br>                Defendants. | Adv. Pro. No. 22-50159 (CSS) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Danielle Mashburn-Myrick, Esquire to represent Franklin Corp., in the above-captioned proceeding.

Dated: April 6, 2022  
       Wilmington, Delaware

*/s/ Evan T. Miller*  
Evan T. Miller (No. 5364)  
BAYARD, P.A.  
600 North King Street, Suite 400  
Wilmington, Delaware 19801  
Telephone: (302) 655-5000  
Facsimile: (302) 658-6395  
Email: emiller@bayardlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Alabama, Florida, and Mississippi, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ Danielle Mashburn-Myrick*
Danielle Mashburn-Myrick, Esq.
Phelps Dunbar, LLP
101 Dauphin Street, Suite 1000 (36602)
Post Office Box 2727
Mobile, AL 36652
Telephone: (251) 432- 4481
Facsimile: (251) 433-1820
Email: danielle.mashburn-myrick@phelps.com