# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ART VAN FURNITURE, LLC, et al.,<br><br>                Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS) |
| ALFRED T. GIULIANO, AS CHAPTER 7 TRUSTEE,<br><br>                Plaintiff,<br><br>v.<br><br>FRANKLIN CORP., et al.,<br><br>                Defendants. | Adv. Pro. No. 22-50159 (CSS) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Danielle Mashburn-Myrick, Esquire to represent Franklin Corp., in the above-captioned proceeding.

Dated: April 6, 2022  
       Wilmington, Delaware

*/s/ Evan T. Miller*  
Evan T. Miller (No. 5364)  
BAYARD, P.A.  
600 North King Street, Suite 400  
Wilmington, Delaware 19801  
Telephone: (302) 655-5000  
Facsimile: (302) 658-6395  
Email: emiller@bayardlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: April 6th, 2022**  
**Wilmington, Delaware**

        **CRAIG T. GOLDBLATT**  
        **UNITED STATES BANKRUPTCY JUDGE**