# EXHIBIT 1 TO ORDER

DOCS_LA:345486.2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Art Van Furniture, LLC, *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>FRANKLIN CORP.<br><br>Defendants. | Adv. Proc. No. 22-50159 (CSS) |

**STIPULATION FOR FINAL EXTENSION OF TIME FOR DEFENDANT TO ANSWER THE COMPLAINT**

Plaintiff, Alfred T. Giuliano in his capacity as chapter 7 trustee of Art Van Furniture, LLC, *et al.*, (the "**Plaintiff**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and defendant Franklin Corp.( the "**Defendant**," and together with Plaintiff, the "**Parties**"), enter into this *Stipulation for Final Extension of Time for Defendants to Answer the Complaint* (the "**Stipulation**") and hereby stipulate and agree as follows:

1.  The Parties agree and stipulate that the time within which the Defendant may file

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of. Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

an answer the *Complaint* [D.I. 1] in the above-captioned adversary proceeding is hereby extended to and including November 2, 2022.

    2.    Except as specifically set forth herein, the Parties reserve all of their respective rights in this matter.

| | |
|---|---|
| Dated: October 3, 2022 | Dated: October 3, 2022 |
| PACHULSKI STANG ZIEHL & JONES LLP | BAYARD, P.A. |
| */s/ Peter J. Keane* | */s/ Danielle Mashburn-Myrick* |
| Bradford J. Sandler (DE Bar No. 4142) | Evan Miller |
| Andrew W. Caine (CA Bar No. 110345) | 600 N. King Street, Suite 400 |
| Jeffrey P. Nolan (CA Bar No. 158923) | Wilmington, DE 19801 |
| Peter J. Keane (DE Bar No. 5503) | emiller@bayardlaw.com |
| 919 North Market Street, 17th Floor | |
| P.O. Box 8705 | and |
| Wilmington, DE 19899-8705 (Courier 19801) | |
| Telephone: (302) 652-4100 | PHELPS DUNBAR LLP |
| Facsimile: (302) 652-4400 | |
| Email: bsandler@pszjlaw.com | Danielle Mashburn-Myrick (pro hac vice) |
|       acaine@pszjlaw.com | Phelps Dunbar LLP |
|       jnolan@pszjlaw.com | 101 Dauphin Street, Suite 1000 |
|       pkeane@pszjlaw.com | P.O. Box 2727 |
| | Mobile, AL 36652 |
| *Counsel to Plaintiff Alfred T. Giuliano, Chapter 7 Trustee for the Estates of Art Van Furniture, LLC, et al.* | danielle.mashburn-myrick@phelps.com |
| | *Counsel to Franklin Corp.* |